Michael J. Wise, Bar No. 143501
MWise@perkinscoie.com
Lauren Sliger, Bar No. 213880
LSliger@perkinscoie.com
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>LOEC, INC. dba blu ecigs, a Delaware corporation, and DOES 1-5, Inclusive,<br><br>Defendant. | Case No. CV14-1648 GW (MRWx)<br><br>**FONTEM'S ANSWER TO LOEC'S COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |
| AND RELATED COUNTERCLAIMS | |

## RESPONSES TO PARTICULAR COUNTERCLAIM PARAGRAPHS

For its Answer to Defendant/Counterclaimant LOEC, Inc.'s ("LOEC") Counterclaims ("Counterclaims"), filed on May 2, 2014, Plaintiff Fontem Ventures B.V. ("Fontem Ventures") and Plaintiff Fontem Holdings 1 B.V. ("Fontem Holdings") (collectively, "Fontem") hereby admit, deny and aver as follows:

## PARTIES

1. Responding to paragraph 1 of LOEC's Counterclaims, Fontem admits that LOEC contends that it is a Delaware corporation with a principal place of business in Charlotte, NC.

2. Fontem admits the allegations of paragraph 2 of LOEC's Counterclaims.

3. Fontem admits the allegations of paragraph 3 of LOEC's Counterclaims.

## JURISDICTION AND VENUE

4. Paragraph 4 of LOEC's Counterclaims is directed to subject matter jurisdiction, which Fontem does not contest in this matter.

5. Paragraph 5 of LOEC's Counterclaims is directed to personal jurisdiction, which Fontem does not contest in this matter.

6. Paragraph 6 of LOEC's Counterclaims is directed to venue, which Fontem does not contest in this matter.

7. Responding to paragraph 7 of LOEC's Counterclaims, Fontem admits that LOEC purports to deny infringement of U.S. Patents 8,365,742; 8,375,957; 8,393,331; 8,490,628; and 8,689,805 (collectively, the "patents-in-suit"), but Fontem denies that LOEC's contentions have any merit.

8. Responding to paragraph 8 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an actual controversy exists regarding validity, infringement, and enforcement of the patents-in-suit, but denies that such claims have any merit.

**COUNTERCLAIM I**

**DECLARATION OF NON-INFRINGEMENT OF THE ’742 PATENT**

9. Responding to paragraph 9 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-8 above.

10. Responding to paragraph 10 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to United States Patent No. 8,365,742 (“the ’742 Patent”), that Fontem Ventures is the exclusive licensee of the ’742 Patent, and that Fontem has accused LOEC of infringing the ’742 Patent.

11. Fontem denies the allegations of paragraph 11 of LOEC’s Counterclaims.

12. Responding to paragraph 12 of LOEC’s Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding LOEC’s infringement of the ’742 Patent, but denies that LOEC’s claim has any merit.

13. Fontem denies the allegations of paragraph 13 of LOEC’s Counterclaims.

**COUNTERCLAIM II - DECLARATION OF INVALIDITY AND UNENFORCEABILITY OF THE ’742 PATENT**

14. Responding to paragraph 14 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-13 above.

15. Responding to paragraph 15 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to the ’742 Patent, that Fontem Ventures is the exclusive licensee of the ’742 Patent, and that Fontem has accused LOEC of infringing the ’742 Patent.

16. Fontem denies the allegations of paragraph 16 of LOEC’s Counterclaims.

17. Fontem denies the allegations of paragraph 17 of LOEC's Counterclaims.

18. Responding to paragraph 18 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding the validity and enforceability of the '742 Patent, but denies that LOEC's claims have any merit.

19. Fontem denies the allegations of paragraph 19 of LOEC's Counterclaims.

## COUNTERCLAIM III

## DECLARATION OF NON-INFRINGEMENT OF THE '957 PATENT

20. Responding to paragraph 20 of LOEC's Counterclaims, Fontem incorporates their responses to paragraphs 1-19 above.

21. Responding to paragraph 21 of LOEC's Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to United States Patent No. 8,375,957 ("the '957 Patent"), that Fontem Ventures is the exclusive licensee of the '957 Patent, and that Fontem has accused LOEC of infringing the '957 Patent.

22. Fontem denies the allegations of paragraph 22 of LOEC's Counterclaims.

23. Responding to paragraph 23 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding LOEC's infringement of the '957 Patent, but denies that LOEC's claim has any merit.

24. Fontem denies the allegations of paragraph 24 of LOEC's Counterclaims.

**COUNTERCLAIM IV - DECLARATION OF INVALIDITY AND UNENFORCEABILITY OF THE ’957 PATENT**

25. Responding to paragraph 25 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-24 above.

26. Responding to paragraph 26 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to the ’957 Patent, that Fontem Ventures is the exclusive licensee of the ’957 Patent, and that Fontem has accused LOEC of infringing the ’957 Patent.

27. Fontem denies the allegations of paragraph 27 of LOEC’s Counterclaims.

28. Fontem denies the allegations of paragraph 28 of LOEC’s Counterclaims.

29. Responding to paragraph 29 of LOEC’s Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding the validity and enforceability of the ’957 Patent, but denies that LOEC’s claims have any merit.

30. Fontem denies the allegations of paragraph 30 of LOEC’s Counterclaims.

**COUNTERCLAIM V**

**DECLARATION OF NON-INFRINGEMENT OF THE ’331 PATENT**

31. Responding to paragraph 31 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-30 above.

32. Responding to paragraph 32 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to United States Patent No. 8,393,331 (“the ’331 Patent”), that Fontem Ventures is the exclusive licensee of the ’331 Patent, and that Fontem has accused LOEC of infringing the ’331 Patent.

33. Fontem denies the allegations of paragraph 33 of LOEC's Counterclaims.

34. Responding to paragraph 34 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding LOEC's infringement of the '331 Patent, but denies that LOEC's claim has any merit.

35. Fontem denies the allegations of paragraph 35 of LOEC's Counterclaims.

## COUNTERCLAIM VI - DECLARATION OF INVALIDITY AND UNENFORCEABILITY OF THE '331 PATENT

36. Responding to paragraph 36 of LOEC's Counterclaims, Fontem incorporates their responses to paragraphs 1-35 above.

37. Responding to paragraph 37 of LOEC's Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to the '331 Patent, that Fontem Ventures is the exclusive licensee of the '331 Patent, and that Fontem has accused LOEC of infringing the '331 Patent.

38. Fontem denies the allegations of paragraph 38 of LOEC's Counterclaims.

39. Fontem denies the allegations of paragraph 39 of LOEC's Counterclaims.

40. Responding to paragraph 40 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding the validity and enforceability of the '331 Patent, but denies that LOEC's claims have any merit.

41. Fontem denies the allegations of paragraph 41 of LOEC's Counterclaims.

**COUNTERCLAIM VII**

**DECLARATION OF NON-INFRINGEMENT OF THE ’628 PATENT**

42. Responding to paragraph 42 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-41 above.

43. Responding to paragraph 43 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to United States Patent No. 8,490,628 (“the ’628 Patent”), that Fontem Ventures is the exclusive licensee of the ’628 Patent, and that Fontem has accused LOEC of infringing the ’628 Patent.

44. Fontem denies the allegations of paragraph 44 of LOEC’s Counterclaims.

45. Responding to paragraph 45 of LOEC’s Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding LOEC’s infringement of the ’628 Patent, but denies that LOEC’s claim has any merit.

46. Fontem denies the allegations of paragraph 46 of LOEC’s Counterclaims.

**COUNTERCLAIM VIII - DECLARATION OF INVALIDITY AND UNENFORCEABILITY OF THE ’628 PATENT**

47. Responding to paragraph 47 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-46 above.

48. Responding to paragraph 48 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to the ’628 Patent, that Fontem Ventures is the exclusive licensee of the ’628 Patent, and that Fontem has accused LOEC of infringing the ’628 Patent.

49. Fontem denies the allegations of paragraph 49 of LOEC’s Counterclaims.

50. Fontem denies the allegations of paragraph 50 of LOEC's Counterclaims.

51. Responding to paragraph 51 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding the validity and enforceability of the '628 Patent, but denies that LOEC's claims have any merit.

52. Fontem denies the allegations of paragraph 52 of LOEC's Counterclaims.

**COUNTERCLAIM IX**

**DECLARATION OF NON-INFRINGEMENT OF THE '805 PATENT**

53. Responding to paragraph 53 of LOEC's Counterclaims, Fontem incorporates their responses to paragraphs 1-52 above.

54. Responding to paragraph 54 of LOEC's Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to United States Patent No. 8,689,805 ("the '805 Patent"), that Fontem Ventures is the exclusive licensee of the '805 Patent, and that Fontem has accused LOEC of infringing the '805 Patent.

55. Fontem denies the allegations of paragraph 55 of LOEC's Counterclaims.

56. Responding to paragraph 56 of LOEC's Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding LOEC's infringement of the '805 Patent, but denies that LOEC's claim has any merit.

57. Fontem denies the allegations of paragraph 57 of LOEC's Counterclaims.

**COUNTERCLAIM X - DECLARATION OF INVALIDITY AND UNENFORCEABILITY OF THE ’805 PATENT**

58. Responding to paragraph 58 of LOEC’s Counterclaims, Fontem incorporates their responses to paragraphs 1-57 above.

59. Responding to paragraph 59 of LOEC’s Counterclaims, Fontem admits that Fontem Holdings is the owner of the entire right, title, and interest in and to the ’805 Patent, that Fontem Ventures is the exclusive licensee of the ’805 Patent, and that Fontem has accused LOEC of infringing the ’805 Patent.

60. Fontem denies the allegations of paragraph 60 of LOEC’s Counterclaims.

61. Fontem denies the allegations of paragraph 61 of LOEC’s Counterclaims.

62. Responding to paragraph 62 of LOEC’s Counterclaims, Fontem admits that LOEC alleges that an immediate, real and justiciable controversy exists regarding the validity and enforceability of the ’805 Patent, but denies that LOEC’s claims have any merit.

63. Fontem denies the allegations of paragraph 63 of LOEC’s Counterclaims.

## PRAYER FOR RELIEF

Wherefore, Fontem respectfully requests for judgment:

A. Dismissing all claims asserted and denying all relief requested in LOEC's Answer and Counterclaims;

B. Awarding all relief requested in Fontem's First Amended Complaint (and any further amendments thereof); and

C. Awarding such further relief as the Court deems appropriate.

DATED: May 23, 2014

**PERKINS COIE LLP**

By: */s/ Michael J. Wise*
Michael J. Wise

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a trial by jury of all issues triable by a jury.

DATED: May 23, 2014

**PERKINS COIE LLP**

By: */s/ Michael J. Wise*
Michael J. Wise

Attorneys for Plaintiffs and Counter-Defendants
FONTEM VENTURES B.V. and
FONTEM HOLDINGS 1 B.V.